COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Tevin Okwundi v. The State of Texas

Appellate case number:    01-16-00532-CR

Trial court case number:   1439941

Trial court:                178th District Court of Harris County

On January 19, 2017, we abated this case for the trial court to determine why appellant's counsel had not filed a brief. On February 28, 2017, appellant's counsel filed an *Anders* brief and a motion to withdraw. Accordingly, we **REINSTATE** this case on the Court's active docket. Because appellant's counsel certified that he informed appellant of his right to file a pro se response to the *Anders* brief, we **ORDER** appellant's pro se response brief, if any, to be filed within 30 days of this order. Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's pro se response brief.

It is so ORDERED.

Judge's signature:_/s/ Chief Justice Sherry Radack
           ☒  Acting individually

Date: <u>April 4, 2017</u>